**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jamie Morgan, | : |
| | : |
| Plaintiff, | : Civil Action No.: 6:14-cv-06664-MAT |
| v. | : |
| Merrick Bank Corporation; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 19, 2014

                                                  Respectfully submitted,

                                                  PLAINTIFF, Jamie Morgan

                                                  /s/ Sergei Lemberg

                                                  Sergei Lemberg, Esq. (SL 6331)
                                                  **LEMBERG LAW, L.L.C.**
                                                  300 International Drive, Suite 100
                                                  Williamsville, NY 14221
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  slemberg@lemberglaw.com
                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg