**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Jamie Morgan, | : |
|  | : |
|  | : Civil Action No.: 6:14-cv-06664-MAT |
| Plaintiff, | : |
| v. | : |
|  | : |
| Merrick Bank Corporation; and DOES 1-10, inclusive, | : |
|  | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Jamie Morgan ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 16, 2015

                                                      Respectfully submitted,

                                                      By: <u>/s/ Sergei Lemberg</u>

                                                      Sergei Lemberg (SL 6331)
                                                      LEMBERG LAW L.L.C.
                                                      300 International Drive, Suite 100
                                                      Williamsville, NY 14221
                                                      Telephone: (203) 653-2250
                                                      Facsimile:  (203) 653-3424
                                                      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                        Sergei Lemberg